IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE: KAREN MAY aka
    RUSSELLVILLE TITLE & CLOSING, INC.
    KAREN K. MAY
    PINEY BAY DEVELOPMENT, INC.

No. 4-02-BK-14785



## MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT BY THE TRUSTEE

Comes Regions Bank of Russellville, by and through its attorney, James V. Coutts, of The Coutts Law Firm P.A., and for its Motion for Relief from Automatic Stay and Abandonment by the Trustee herein states the following:

1.) Movant is the holder of a mortgage recorded in Book 30-A, Pages 226-231, Pope County real property records which describes certain real property owned by debtor; a copy of which is attached hereto as Exhibit A.

2.) The debtor has defaulted in her obligations to the movant by non-payment of principal and interest called for by the Promissory Note held by movant, a copy of which is attached hereto as Exhibit B. Specifically, debtor has failed to make any monthly installment payments and has failed to pay the entire principal and interest which was due on March 9, 2002.

3.) Said promissory note is secured by the real property described in the above described mortgage.

4.) As a result of the failure to make payments to movant, the debtor has defaulted in the terms of the note and mortgage and movant has elected to declare and did declare the full amount of the indebtedness, including principal and interest, immediately due and payable.

5.) Movant is now owed the entire principal and interest in the amount of $46,636.82, and accrued interest in the amount of $632.48, as of May 3, 2002, which continues to accrue in

the amount of $11.49 per diem, and attorney fees and costs of this matter as provided in the Note and Mortgage.

6.)    As a result of such arrearage the debtor is also indebted to movant for a late charge of $25.00, as of May 3, 2002.

7.)    That Regions Bank of Russellville had initiated foreclosure proceedings in the Circuit Court of Pope County, Arkansas, in case no. CIV2002-137 and the foreclosure proceeding is currently pending. The Debtor filed no answer or other responsive pleading in the foreclosure action and is in default in that action.

8.)    That the value of the real property securing the indebtedness to the movant is less than the amount of the indebtedness, the debtor has no equity in the property and the property is not necessary to an effective reorganization of this debtor.

9.)    Due to the lack of equity in the property the Trustee should abandon it's interest in the real property so that Regions Bank of Russellville may pursue its' foreclosure in the Circuit Court of Pope County, Arkansas.

10.)   Movant is the holder of a mortgage recorded in Book 28-S, Pages 638-643, Pope County real property records which describes certain real property owned by debtor; a copy of which is attached hereto as Exhibit C. Movant is also the holder of a Commercial Security Agreement in which the Debtor granted to the movant a security interest in the personal property described in the Security Agreement; a copy of which is attached hereto as Exhibit D.

11.)   The debtor has defaulted in her obligations to the movant by non-payment of principal and interest called for by the Promissory Note held by movant, a copy of which is attached hereto as Exhibit E. Specifically, debtor has failed to make any monthly installments payment and has failed to pay the entire principal and interest which was due on March 9, 2002.

12.) Said promissory note is secured by the real property described in the above described mortgage.

13.) As a result of the failure to make payments to movant, the debtor has defaulted in the terms of the note and mortgage and movant has elected to declare and did declare the full amount of the indebtedness, including principal and interest, immediately due and payable.

14.) Movant is now owed the entire principal and interest in the amount of $161,010.81, and accrued interest in the amount of $8,146.48, as of the May 3, 2002, which continues to accrue in the amount of $39.70 per diem, and attorney fees and costs of this matter as provided in the Note and Mortgage.

15.) As a result of such arrearage the debtor is also indebted to movant for a late charge of $847.36, as of May 3, 2002.

16.) That Regions Bank of Russellville had initiated foreclosure proceedings in the Circuit Court of Pope County, Arkansas, in case no. CIV2002-137 and the foreclosure proceeding is currently pending. The Debtor filed no answer or other responsive pleading in the foreclosure action and is in default in that action.

17.) That the value of the real and personal property securing the indebtedness to the movant is less than the amount of the indebtedness, the debtor has no equity in the property and the property is not necessary to an effective reorganization of this debtor.

18.) Due to the lack of equity in the property the Trustee should abandon it's interest in the real property so that Regions Bank of Russellville may pursue its' foreclosure in the Circuit Court of Pope County, Arkansas.

WHEREFORE, the movant requests an order:

1.) Relieving it from automatic stay and authorizing it to foreclose on real estate through the proceeding currently pending in Circuit Court of Pope County, Arkansas.

2.) For an order declaring that the trustee has abandoned its' interest in said real and personal property or,

3.) in the alternative, to provide Regions Bank of Russellville with adequate protection.

RESPECTFULLY SUBMITTED,
REGIONS BANK OF RUSSELLVILLE

BY: JAMES V. COUTTS
ATTORNEY FOR PLAINTIFF
P. O. BOX 2711
RUSSELLVILLE, AR 72811
(501) 967-3225
A. B. A. #90190

## CERTIFICATE OF SERVICE

I, James V. Coutts, do hereby certify that a copy of the foregoing *Motion for Relief from Automatic Stay* has been deposited in the U. S. Mail, postage pre-paid, to the following:

Wm. Douglas Skelton
Skelton & Clark
414 East Parkway
Russellville, AR 72801

M. Randy Rice
U.S. Bankruptcy Trustee
523 South Louisiana Street, Suite 300
Little Rock, AR 72201

JAMES V. COUTTS   DATE   5-3-02

\client\regions\may\motion.relief.stay
05-03-02/tlw

In Re: Karen May
Motion for Relief from Automatic Stay
Page 4 of 4