IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE: KAREN MAY,
       d/b/a RUSSELLVILLE TITLE & CLOSING, INC., Debtor     No. 02-14785
                                                     Chapter 7

_____

GEOFFREY BIRTCHNALL and MARGARET BIRTCHNALL     PLAINTIFFS

V.                        No. _____

KAREN MAY
d/b/a RUSSELLVILLE TITLE & CLOSING, INC.          DEFENDANT

_____

## *COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT*

Come now the Plaintiffs, Geoffrey Birtchnall and Margaret Birtchnall, by and through their attorney, Timothy W.  Murdoch of Laws & Murdoch, P.A., and for their Complaint to Determine Dischargeability of Debt, states:

1.      That Plaintiffs, Geoffrey Birtchnall and Margaret Birtchnall, are residents and citizens of Alberta, Canada, and, at the time of the incident complained of hereinafter, were residents of Russellville, Pope County, Arkansas.

2.      That the Defendant, Karen May d/b/a Russellville Title & Closing, Inc., is a resident and citizen of Russellville, Pope County, Arkansas, and is the debtor in a pending Chapter 7 bankruptcy, case number 02-14785.

3.      That the acts and incidents complained of hereinafter occurred in Pope County,

Arkansas.  That this Court has jurisdiction to determine the amount of a debt and the dischargeability

of the debt.

## DISCHARGEABILITY OF DEBT

4.      That prior to the 7th day of March, 2002, the Defendant, Karen May, d/b/a Russellville

Title & Closing, Inc., entered into an agreement with the Plaintiffs whereby Russellville Title & Closing,

Inc., would conduct the closing of a sale of property from Geoffrey Birtchnall and Margaret Birtchnall

to Glen W. Edwards.  That on March 7, 2002, the Defendant, Karen May, closed the sale and issued

a check to the Plaintiffs in the amount of $83,222.72, which was subsequently returned for insufficient

funds.   That the Defendant issued the check and closed the sale with actual and constructive

knowledge that the check would not be honored.

5.      That the conduct of the Defendant violates the provisions of 11 USC §523(A)(2)(a), 11

USC §523(A)(4), and 11 USC §523(A)(6) in that the conduct was actual fraud, was performed while

Defendant was acting in a fiduciary capacity, and caused willful and malicious injuries to Plaintiffs.

6.      That since the above-stated date, the Defendant has reimbursed the Plaintiffs the

amount of $55,000.00, thereby leaving a balance owed to Plaintiffs in the amount of $28,222.72.

7.      That the Defendant, Karen May, d/b/a Russellville Title & Closing, Inc., should be held

liable for said debt, and that said debt should be determined to be nondischargeable pursuant to the

provisions of 11 USC §523(A)(2)(a), 11 USC §523(A)(4), and 11 USC §523(A)(6).

8.      That due to the actions of the Defendant, Plaintiffs are entitled to their costs and a

reasonable attorneys' fee.

WHEREFORE, premises considered, Plaintiffs pray that they have judgment against the

Defendant, Karen May, d/b/a Russellville Title & Closing, Inc., in the total amount of $28,222.72, plus

pre-judgment interest at the rate of 10.000% per annum from the 7th day of March, 2002; that this debt

be determined to be nondischargeable; for their costs expended herein; for a reasonable attorneys'

fee; and for any and all other just and proper relief to which they may be entitled.

GEOFFREY BIRTCHNALL and
MARGARET BIRTCHNALL - Plaintiffs


By:     /s/ Timothy W. Murdoch
        TIMOTHY W.  MURDOCH, ABA# 83133
        LAWS & MURDOCH, P.A.
        P. O. Box 3000
        Russellville, AR  72811
        Ph: 479/968-1168